# U.S. Bankruptcy Court
## Northern District of Georgia

In re:

Bankruptcy Case No. **14–50223–mgd**

**GREY ERIC EATON**

Debtor

Adversary Proceeding No. **15–05465**

**NEIL C. GORDON, CHAPTER 7 TRUSTEE FOR THE ESTATE OF GREY ERIC EATON**

Plaintiff

v.

**BANK OF AMERICA, N.A.**
**SETERUS, INC. AS THE AUTHORIZED SUBSERVICER FOR FEDERAL NATIONAL MORTGAGE ASSOCIATION (FANNIE MAE), CREDITOR C/O SETERUS, INC ET. AL.**

Defendant

### SUMMONS IN AN ADVERSARY PROCEEDING

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summon to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

**Address of Clerk**

Clerk, U.S. Bankruptcy Court
Northern District of Georgia
1340 Russell Federal Building
75 Ted Turner Drive SW, Atlanta GA 30303

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

**Name and Address of Plaintiff's Attorney**

Michael J. Bargar
Suite 2100
171 17th Street, NW
Atlanta, GA 30363

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

Date Issued:

12/31/2015

*M. Regina Thomas, Clerk Of Court*



**continued caption:**

**Listing Of Defendant Names:**

BANK OF AMERICA, N.A.

SETERUS, INC. AS THE AUTHORIZED SUBSERVICER FOR FEDERAL NATIONAL MORTGAGE ASSOCIATION (FANNIE MAE), CREDITOR C/O SETERUS, INC

MARY C. BLAESING